# Court of Appeals
# of the State of Georgia

ATLANTA,____June 20, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1755.  HALSELL v. SUNTRUST BANK.**

On June 6, 2013, Appellee Suntrust Bank filed a MOTION TO DISMISS based on Appellant's failure to file a brief and enumeration of errors in support of his appeal. This appeal was docketed on May 1, 2013. Accordingly, Appellant's brief and enumeration of errors were required to be filed no later than May 21, 2013. See Court of Appeals Rule 23 (a) (an appellant's brief and enumeration of error shall be filed within 20 days after the appeal is docketed unless extended by this Court). As of June 11, 2013, however, Appellant has failed to submit a brief and enumeration of errors. Accordingly, Appellee's MOTION TO DISMISS is hereby GRANTED, and Case No. A13A1755 is DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/20/2013_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*